IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| IAN ENNIS as Administrator, | ) | |
| of the ESTATE OF RALPH ENNIS | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:22cv00046 |
| | ) | |
| DEPUTY TYLER POE and | ) | |
| DEPUTY ZACHARY FADLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS BY TYLER POE

Defendant Tyler Poe, by counsel, moves to dismiss this action, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully requests that this Court enter an order dismissing this action with prejudice as to him, along with such other and further relief to him as is just, for the reasons explained in the accompanying memorandum.

                Tyler Poe

                By <u>s/ Carlene Booth Johnson</u>
                    Counsel
                Carlene Booth Johnson VSB No. 36473
                Perry Law Firm
                A Professional Corporation
                262 Chellowe Road
                Dillwyn, Virginia 23936
                tel:  (434) 983-5005
                fax:  (434) 983-5021
                email: perrylawfirm@hughes.net

Certificate

      I certify that on September 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of this filing to:

Seth R. Carroll, Esq.
Adam Dourafei, Esq.
Commonwealth Law Group
3311 West Broad Street
Richmond, VA 23230
(804) 999-9999
scarroll@hurtinva.com

Susan F. Pierce
31 Winchester Street
Warrenton, VA 20186
(540) 347-9223
spierce@walkerjoneslaw.com
*Counsel for plaintiff*

Alexander Francuzenko, Esq.
Philip Krone, Esq.
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
alex@cookcraig.com
pkrone@cookcraig.com
*Counsel for defendant*

                      By  s/ Carlene Booth Johnson
                            Counsel
Carlene Booth Johnson VSB No. 36473
Perry Law Firm
A Professional Corporation
262 Chellowe Road
Dillwyn, Virginia 23936
tel:  (434) 983-5005
fax:  (434) 983-5021
email: perrylawfirm@hughes.net